IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Rodney Largent and Brenda Jean Largent,<br><br>    Plaintiffs,<br><br>vs.<br><br>Gerald L. Hassell, et al.,<br><br>    Defendants. | No. CV 10-1786-PHX-MHB<br><br>**ORDER** |

      On November 24, 2010, Plaintiffs filed an amended complaint against numerous Defendants. To date, the record indicates that Defendants Decision One Mortgage Company LLC, Bank of New York Mellon Trust Company, BAC Home Loans Servicing LP, ReconTrust Company NA, Bank of America NA, Countrywide Home Loans Inc., and Mortgage Electronic Registration Systems Inc., have not been served and the time for completing service has expired.

      Under Federal Rule of Civil Procedure 4(m), if a summons and complaint are not served upon a defendant within 120 days after filing, the court shall, after notice to the plaintiff, either dismiss the action or, if the plaintiff shows good cause for the failure, direct that service be effected within a specified time. Accordingly, Plaintiffs have 10 days from the date of this Order to show cause why this action should not be dismissed as to these Defendants due to Plaintiffs' failure to serve.

1    **IT IS ORDERED** that no later than ten (10) days from the date of this order,
2    Plaintiffs shall show cause why this matter should not be dismissed as to Defendants
3    Decision One Mortgage Company LLC, Bank of New York Mellon Trust Company, BAC
4    Home Loans Servicing LP, ReconTrust Company NA, Bank of America NA, Countrywide
5    Home Loans Inc., and Mortgage Electronic Registration Systems Inc., for failure to serve
6    pursuant to Fed.R.Civ.P. 4(m).

DATED this 17th day of June, 2011.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge