IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Rodney Largent and Brenda Jean Largent,<br><br>      Plaintiffs,<br><br>vs.<br><br>Gerald L. Hassell, et al.,<br><br>      Defendants. | No. CV 10-1786-PHX-MHB<br><br>**ORDER** |

Upon stipulation of the parties and good cause appearing,

**IT IS ORDERED** dismissing the complaint in its entirety with prejudice as to defendants Gerald L. Hassell, Robert P. Kelly, Brian T. Moynihan, James F. Taylor, Angelo Mozilo, and R.K. Arnold, each side to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** dismissing the complaint in its entirety without prejudice as to defendants Decision One Mortgage Company LLC, Bank of New York Mellon Trust Company, BAC Home Loans Servicing LP, ReconTrust Company NA, Bank of America NA, Countrywide Home Loans Inc., and Mortgage Electronic Registration Systems Inc.

DATED this 12th day of July, 2011.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge